2

Michael Rinne - SBN 242579
RINNE LEGAL
1990 North California Blvd - 8th Floor
Walnut Creek, California 94596
(925) 932-7086

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 10-53478 |
|---|---|
| Scott Stovall | Hearing Date: February 2, 2011 |
| | Hearing Time: 10:00 AM |
| | Courtroom: 34 |
| Cinthia Stovall | The Honorable Robert S. Bardwil |
| | Docket Control No.: RIN - 01 |
| Debtors | |

## MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' BUSINESS

Michael Rinne of Rinne Legal, on behalf of Scott Stovall and Cinthia Stovall, the Debtors herein, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtors' Business. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on December 23, 2010. Geoffrey Richards was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtors operate a business, Little Rascals Family Day Care. Said business is located at 907 Moonstone Ct in Vacaville, CA, 95687. The Debtors' tools of the trade and other business-related assets, if any, have been disclosed in the filed Schedule B and there does not appear to be any business equipment or inventory that can be profitably liquidated by the Trustee over and above (a) the liens, if any, in Schedule D attaching to the business-related assets and (b) the exemptions, if any, in Schedule C claimed by the Debtors. The schedules, as filed with the Court, are incorporated herein by reference.

Motion to Compel Abandonment of Business      1

3. The Debtors are aware that, under the provisions of Title 11, US Codes §721, only the Trustee has the authority to operate the Debtors' business; and then, only with an order of the Court. Otherwise, the Trustee is obliged to shut down the business or abandon the estate's interest in the business.

4. However, the Debtors assert that, based on the lack of any unexempt equity in any business-related asset, equipment or inventory, there is no benefit to the estate to either operating OR shutting down this business.

5. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon property of the estate.

Wherefore, the Debtors move this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtors' Business.

### CERTIFICATION

I, Michael Rinne, hereby certify under penalty of perjury that I have read the foregoing Motion for Order Compelling Abandonment Of The Estate's Interest In Debtors' Business. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on January 4, 2011 at Walnut Creek, California.

/s/ *Michael Rinne*
Michael Rinne
Rinne Legal